|  |  |  |
|---|---|---|
|  | ) | **United States District Court** |
| LEAH WALKER, on behalf of | ) | **Northern District of Illinois** |
| herself and all others similarly | ) |  |
| situated | ) |  |
|  | ) |  |
| Plaintiffs, | ) | Case No.: 1:24-cv-13272 |
|  | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) | **NOTICE OF SETTLEMENT** |
| Grove Collaborative, Inc., | ) |  |
|  | ) |  |
| Defendant. |  |  |

**PLEASE TAKE NOTICE**, that the above-entitled action has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

Dated: February 27, 2025

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ David B. Reyes**

By: Davis B. Reyes, Esq.

68-29 Main Street,

Flushing, NY 11367

Tel: (630)-478-0856

Email: Dreyes@ealg.law