**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

------------------------------------ x

LEAH WALKER, on behalf of herself and all others similarly situated,

              Plaintiffs,

              v.

Grove Collaborative, Inc.

              Defendant.

------------------------------------ x

Case no. 1:24-cv-13272

STIPULATION OF DISMISSAL WITH PREJUDICE

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above-captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

    **IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

    Dated: March 10, 2025

| | |
|---|---|
| **EQUAL ACCESS LAW GROUP, PLLC** | **JACKSON LEWIS P.C.** |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| **/s/ David B. Reyes** | **/s/ Erica J. Bury** |
| By: Davis B. Reyes, Esq. | By: Erica J. Bury |
| 68-29 Main Street, | 150 N. Michigan Avenue, Suite 2500 |
| Flushing, NY 11367 | Chicago, Illinois 60601 |
| Tel: (630)-478-0856 | Tel: (312) 787-4949 Fax: (312) 787-4995 |
| Email: Dreyes@ealg.law | Erica.Bury@jacksonlewis.com |